IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONA ANDREA LLC, an Illinois limited liability company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-cv-06562 ) |
| ASCLEPIUS LABORATORIES, INC., a Delaware corporation, f/k/a PARCELL LABORATORIES INC., STAN MANOOGIAN, JAMES BRIGHAM, JOHN LEVITT, KEITH CRAWFORD, GEOFF MACKAY, and JOHN MISHA PETKEVICH, | ) District Judge Steven C. Seeger ) ) Magistrate Judge Heather K. McShain ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, DONA ANDREA LLC, and Defendants, STAN MANOOGIAN, JAMES BRIGHAM, JOHN LEVITT, GEOFF MACKAY, and JOHN MISHA PETKEVICH (collectively, the "Settling Parties"), hereby stipulate and request, by and through their respective attorneys, to the dismissal of Defendants, STAN MANOOGIAN, JAMES BRIGHAM, JOHN LEVITT, GEOFF MACKAY, and JOHN MISHA PETKEVICH, from this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and without an award of costs and attorneys' fees to any party. As set forth more fully below, the dismissal of the above-referenced defendants is with prejudice except as necessary to enforce the terms of the settlement agreement.

The Settling Parties state that they will, and acknowledge that they are required to, comply with the terms of the settlement agreement executed in this action, and request that the Court state in its dismissal Order that "the terms of the Settling Parties' joint stipulation of dismissal and settlement agreement are incorporated into this Order." The Settling Parties

stipulate, agree, and request that Court retain jurisdiction for the purpose of enforcing the terms of this stipulation and the settlement agreement.

This case shall proceed against remaining Defendants ASCLEPIUS LABORATORIES, INC. and KEITH CRAWFORD.

DATED:  September 14, 2020

**PLAINTIFF**

By: /s/ Peter C. Kim
Peter C. Kim
LITCHFIELD CAVO LLP
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
Tel:  (312) 781-6601
Fax:  (312) 781-6630
KimP@LitchfieldCavo.com

Attorney for Plaintiff

**DEFENDANTS JAMES BRIGHAM, JOHN LEVITT, GEOFF MACKAY, AND JOHN MISHA PETKEVICH**

By: /s/ David W. Porteous
David W. Porteous
FAEGRE DRINKER BIDDLE & REATH LLP
311 S. Wacker Drive, Suite 4300
Chicago, Illinois 60606
Tel:  (312) 212-6500
Fax:  (312) 212-6501
david.porteous@faegredrinker.com

Attorney for Settling Defendants
JAMES BRIGHAM, JOHN LEVITT, GEOFF MACKAY, and JOHN MISHA PETKEVICH

**DEFENDANT STAN MANOOGIAN**

By: _____
Pro se  Stan Manoogian

11 Westridge Court
St. Louis, MO 63124
Tel: (314) 296-1017
scmanoogian@gmail.com

ATTESTATION

I attest that any signatory whose signature has been indicated by /s/, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 14, 2020          /s/ David W. Porteous
                                   David W. Porteous