**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DONA ANDREA LLC, an Illinois limited Liability company, | ) Case No. 1:19-cv-06562 ) |
| Plaintiff, | ) Honorable Steven C. Seeger ) ) Magistrate Judge Heather K. McShain |
| vs. | ) ) |
| ASCLEPIUS LABORATORIES, INC., a Delaware corporation, f/k/a Parcell Laboratories Inc., Stan Manoogian, James Brigham, John Levitt, Geoff MacKay and John Misha Petkevich, | ) **NOTICE OF SUGGESTION OF** ) **BANKRUPTCY FOR DEFENDANT** ) **ASCLEPIUS LABORATORIES, INC.,** ) **AND AUTOMATIC STAY OF** ) **PROCEEDINGS** ) |
| Defendants. | ) ) |

**PLEASE TAKE NOTICE** that Defendant Asclepius Laboratories, Inc. ("Asclepius") filed a voluntary bankruptcy petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Missouri on December 5, 2020, as Case No. 20-45598, attached hereto as **Exhibit A**. Under 11 U.S.C. § 362(a), the filing of the Chapter 7 petition operates as an automatic stay of all further proceedings involving Asclepius in this action.

Dated: December 7, 2020

Respectfully submitted,

By: _David W. Porteous_
Colby Anne Kingsbury (ARDC #6272842)
David W. Porteous (ARDC #6257459)
FAEGRE DRINKER BIDDLE & REATH LLP
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Tel: (312) 212-6500
Fax: (312) 212-6501
colby.kingsbury@faegredrinker.com
david.porteous@faegredrinker.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 7, 2020, a true and exact copy of the foregoing was served on all counsel of record via email delivery, via the Court's CM/ECF system, and via separate email to all parties on record.

                                                                        David W. Porteous