# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Dona Andrea LLC,

Plaintiff(s),

v.

Stan Manoogian,

Defendant(s).

Case No. 1:19-cv-06562
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: Judgment is entered in favor of plaintiff Dona Andrea LLC and against defendant Stan Manoogian. Plaintiff is awarded $54,348.00 in consequential damages plus attorneys' fees and $96,062.44 in punitive damages.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on plaintiff's motion for default judgment (Dckt. No. [75]).

Date: 12/9/2021

Thomas G. Bruton, Clerk of Court

Jessica J. Ramos, Deputy Clerk